UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 17-08951-AFM                                           Date:  December 6, 2018

Title    LE VEL BRANDS, LLC v. THRIVE MARKET, INC.

Present: The Honorable:   ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Alan Jay Weil                                             Angela Christine Agrusa
Mark S. Sommers                                      Keith W. Medansky
Morgan E. Smith                                       Michael A. Geller
Shauna E. Woods

**Proceedings: HRG: TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held. Counsel advise the Court that a further mediation session is scheduled for December 13, 2018. No later than December 17, 2018, counsel shall send an email to Judge MacKinnon's chambers, advising the Court of the outcome of that mediation.

If the parties do not agree to a settlement in the upcoming mediation, they shall meet and confer regarding a revised schedule for further proceedings. No later than December 21, 2018, the parties shall send a proposed revised schedule (either jointly or separately, if necessary) via email to Judge MacKinnon's chambers.

IT IS SO ORDERED.

|  | : 07 |
|---|---|
| **Initials of Preparer** | igb |