Alan Jay Weil (SBN 63153)
aweil@kbkfirm.com
Shauna Woods (SBN 300339)
swoods@kbkfirm.com
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd, Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Mark Sommers (admitted *pro hac vice*)
mark.sommers@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Le–Vel Brands, LLC*

Angela C. Agrusa (SBN 131337)
angela.agrusa@dlapiper.com
**DLA PIPER LLP**
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, California 90067-4704
Telephone: (310) 500-3591
Facsimile: (310) 595-3361

Kenneth M. Kwartler (SBN 115005)
ken@kwartlerlaw.com
**KEN KWARTLER LAW OFFICE**
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Telephone: (503) 806-3734
Facsimile: (503) 620-4407

Keith W. Medansky (admitted *pro hac vice*)
keith.medansky@dlapiper.com
Michael A. Geller (admitted *pro hac vice*)
michael.geller@dlapiper.com
**DLA PIPER LLP**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (312) 368-7271
Facsimile: (312) 630-5345

*Attorneys for Thrive Market, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LE–VEL BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THRIVE MARKET, INC.<br><br>　　　　Defendant. | **CASE NO. 2:17-cv-08951 AFM**<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Alexander MacKinnon |

Pursuant to the Court's scheduling order dated December 21, 2018 (Dkt. 44) Plaintiff Le–Vel Brands, LLC ("Le–Vel" or "Plaintiff") and Defendant Thrive Market, Inc. ("Thrive Market" or "Defendant") submit the following Joint Report.

Through extensive and collaborative efforts, the parties believe they have reached agreement on the substantive terms of settlement, which will result in the resolution of this litigation.  The parties' recent efforts included a productive face-to-face meeting between principals.

The parties believe that they can resolve all issues in this litigation and reach a signed settlement agreement within the next thirty (30) days.  Therefore, rather than expending the considerable time and resources required to litigate this matter (including any time required of the Court), the parties wish to focus their immediate time and resources in finalizing a resolution via the contemplated settlement.

This notwithstanding, and mindful of their obligations to the Court, each party has served its first set of written discovery and its responses to the first set of written discovery.  In light of the extensive settlement efforts, and to preserve the goodwill of such negotiations, the parties have not yet conducted any depositions.  This notwithstanding, the parties are prepared to schedule depositions and produce relevant, responsive documents in short order should settlement negotiations prove unsuccessful (which the parties believe is unlikely).

In light of the parties' substantial settlement efforts and progress, and to save the resources of the Court, the parties request that all deadlines in the instant proceeding be stayed for thirty (30) days to allow the parties to finalize and resolve this matter.

Respectfully submitted,

Dated:  March 29, 2019

*/s/ Shauna Woods*
Alan Jay Weil (SBN 63153)
aweil@kbkfirm.com
Shauna Woods (SBN 300339)
swoods@kbkfirm.com
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd, Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Mark Sommers (*pro hac vice*)
mark.sommers@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Dated: March 29, 2019

*/s/  Michael A. Geller*
Angela C. Agrusa (SBN 131337)
angela.agrusa@dlapiper.com
**DLA PIPER LLP**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704 Telephone:
(310) 500-3591
Facsimile: (310) 595-3361

Kenneth M. Kwartler (SBN 115005)
ken@kwartlerlaw.com
**KEN KWARTLER LAW OFFICE**
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Telephone: (503) 806-3734
Facsimile: (503) 620-4407

Keith W. Medansky (admitted *pro hac vice*)
keith.medansky@dlapiper.com
Michael A. Geller (admitted *pro hac vice*)

RULE 26 JOINT REPORT
Case No. 2:17−cv−08951-AFM

michael.geller@dlapiper.com
**DLA PIPER LLP**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (312) 368-7271
Facsimile: (312) 630-5345

*Attorneys for Thrive Market, Inc.*

*Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

EAST\165654820.1

RULE 26 JOINT REPORT
Case No. 2:17−cv−08951-AFM